B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

**District Of** New Jersey

In re Brian D. Sherr,    Case No. 25-13982-JNP

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MidFirst Bank | Village Capital & Investment, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  MidFirst Bank, Bankruptcy Department
  999 NW Grand Boulevard, #110
  Oklahoma City, OK 73118-6077

Phone: 800-654-4566
Last Four Digits of Acct #: ******4807

Court Claim # (if known): 4-1
Amount of Claim: $331289.05
Date Claim Filed: 05/05/2025

Phone: 800-669-0340
Last Four Digits of Acct. #: 9119

Name and Address where transferee payments should be sent (if different from above):
  MidFirst Bank, Bankruptcy Payments
  999 NW Grand Boulevard, #100
  Oklahoma City, OK 73118-6077

Phone: 800-654-4566
Last Four Digits of Acct #: ******4807

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Asaph Abrams    Date: 08/15/2025
    Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.