**BRIAN S. THOMAS, LLC**
**ATTORNEY AT LAW**
**327 Central Avenue - Suite 103**
**Linwood, New Jersey 08221**
**(609)601-6066 Telephone/(609)601-6061 Facsimile**
**Attorney for: Debtor(s)**
**File No. N30576-BT**

| | |
|---|---|
| In Re:<br><br>**BRIAN D. SHERR**<br><br>Debtor(s) | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Case No. 25-13982-JNP<br><br>**MOTION SEEKING APPROVAL OF PARTIAL CLAIMS MORTGAGE** |

Please take notice that the undersigned shall move before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Court Judge on October 14, 2025 at 11:00 a.m. or as soon thereafter as counsel may be heard, seeking an Order to Approve Partial Claims Mortgage.

Reliance will be place upon the attached certification of Brian D. Sherr.

Oral argument if waived unless written opposition to this motion with in the time prescribed by the rules of Court.

Please take further notice that if you contest this Motion, you must appear in Court on the date noted above and you are further required to file with the Court and serve on the undersigned a written response, in accordance with the Rules of Court, no later than seven (7) days prior to the hearing date pursuant to Local Bankruptcy Rule 9013-2(a)(2). If a written response is not served and filed, the Court will treat this Motion as uncontested and may not conduct a hearing.

Date: 09/04/25              /s/ Brian S. Thomas
                            Brian S. Thomas