Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  25−13982−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Brian D. Sherr
  217 Ontario Avenue
  Egg Harbor Township, NJ 08234

Social Security No.:
  xxx−xx−1450

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

  NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 8, 2026.


Dated: January 8, 2026
JAN: cm

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 25-13982-JNP

Brian D. Sherr                                                                                      Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                                    User: admin                                                 Page 1 of 3

Date Rcvd: Jan 08, 2026                              Form ID: plncf13                                     Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian D. Sherr, 217 Ontario Avenue, Egg Harbor Township, NJ 08234-4942 |
| cr | + | Village Capital & Investment LLC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520622693 | + | FB&T/Mercury, 2220 6th Street, Brookings, SD 57006-2403 |
| 520622696 | + | Kimberly Hughes, 217 Ontario Avenue, Egg Harbor Township, NJ 08234-4942 |
| 520622707 | | Webbank/OneMain, PO Box 31535TA-74, Tampa, FL 33631 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Jan 08 2026 20:40:24 | Steven K Eisenberg, Stern & Eisenberg, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 08 2026 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 08 2026 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520658148 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2026 20:47:29 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520622688 | + | Email/Text: documents@apellesnow.com | Jan 08 2026 20:46:00 | Apelles, PO Box 1197, Westerville, OH 43086-1197 |
| 520622689 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 08 2026 20:46:00 | Apple Card, PO Box 6112, Lock Box 7247, Philadelphia, PA 19115-6112 |
| 520622690 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 08 2026 20:47:19 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520622691 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 08 2026 20:47:20 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 520622692 | + | Email/Text: mrdiscen@discover.com | Jan 08 2026 20:45:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520638953 | | Email/Text: mrdiscen@discover.com | Jan 08 2026 20:45:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520622694 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 08 2026 20:46:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 520700094 | ^ | MEBN | Jan 08 2026 20:40:09 | First National Bank of Omaha, c/o BQ & Associates, 14211 Arbor St, Suite 100, Omaha, NE 68144-2312 |
| 520622695 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 08 2026 20:46:00 | Goldman Sachs Bank, PO Box 70321, Philadelphia, PA 19176-0321 |

Case 25-13982-JNP    Doc 41    Filed 01/10/26    Entered 01/11/26 00:15:58    Desc Imaged
                                Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 08, 2026 | Form ID: plncf13 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| 520693816 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 08 2026 20:46:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud MN 56302-9617 |
| 520696240 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 08 2026 20:46:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520681796 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2026 20:47:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520782130 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 08 2026 20:47:25 | MidFirst Bank, c/o MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 520782131 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 08 2026 20:47:19 | MidFirst Bank, c/o MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, c/o MidFirst Bank, Bankruptcy Department 73118-6051 |
| 520646832 | + | Email/PDF: cbp@omf.com | Jan 08 2026 20:47:07 | OneMain Financial, PO Box 981037, Boston MA 02298-1037 |
| 520701834 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 08 2026 20:47:14 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520622700 | | Email/Text: signed.order@pfwattorneys.com | Jan 08 2026 20:45:00 | Pressler Felt Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 520622698 | + | Email/Text: bankruptcy@petalcard.com | Jan 08 2026 20:46:29 | Petal Card 1/Webbank, PO Box 105168, Atlanta, GA 30348-5168 |
| 520622699 | + | Email/Text: ac@getpowerpay.com | Jan 08 2026 20:46:00 | Power Pay, 2900 Horizon Drive, King of Prussia, PA 19406-2651 |
| 520693792 | | Email/Text: bnc-quantum@quantum3group.com | Jan 08 2026 20:46:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520695263 | | Email/Text: bnc-quantum@quantum3group.com | Jan 08 2026 20:46:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 520622697 | | Email/Text: subpoena@forbrightbank.com | Jan 08 2026 20:45:00 | Mosaic, 601 12th Street, Suite 325, Oakland, CA 94607 |
| 520622701 | + | Email/Text: cs@securitycreditservicesllc.com | Jan 08 2026 20:45:00 | Security Credit Services, 2653 West Oxford Loop, Oxford, MS 38655-5442 |
| 520622702 | ^ | MEBN | Jan 08 2026 20:40:40 | Stellantis Financial, 5757 Woodway Drive, Suite 400, Houston, TX 77057-1520 |
| 520622703 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 08 2026 20:47:25 | Syncb/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 520704699 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 08 2026 20:47:21 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520622704 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 08 2026 20:47:07 | Synchrony Bank/Vnmo, PO Box 965015, Orlando, FL 32896-5015 |
| 520622705 | + | Email/Text: bankruptcy@td.com | Jan 08 2026 20:46:00 | TD Bank, PO Box 1448, Greenville, SC 29602-1448 |
| 520632723 | ^ | MEBN | Jan 08 2026 20:40:26 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520622706 | ^ | MEBN | Jan 08 2026 20:40:59 | Village Capital & Investment, 2460 Paseo Verde Parkway, Henderson, NV 89074-7136 |
| 520645042 | ^ | MEBN | Jan 08 2026 20:40:59 | Village Capital & Investment LLC, c/o Village Capital & Investment, 2460 Paseo Verde Parkway, Suite 110, Henderson, NV 89074-7136 |

TOTAL: 35

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 08, 2026 | Form ID: plncf13 | Total Noticed: 40 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2026         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Brian S. Thomas | on behalf of Debtor Brian D. Sherr brian@brianthomaslaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Steven Eisenberg | on behalf of Creditor Village Capital & Investment LLC bkecf@sterneisenberg.com jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Village Capital & Investment LLC skelly@sterneisenberg.com  bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6