UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William E. Craig, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney for Creditor, Stellantis Financial Services US

In Re:
BRIAN D. SHERR

Case No.: 25-13982

Chapter: 13

Judge: JNP

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Stellantis Financial Services. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: William E. Craig, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, NJ 08034

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 9/16/2026

/s/ William E. Craig, Esq.
Signature